THE PEOPLE OF THE STATE OF NEW YORK ex rel. NATIONAL PARK BANK OF NEW YORK, Respondent, *v.* JACOB A. CANTOR et al., as Commissioners of Taxes and Assessments of the City of New York, Appellants.

*Tax — assessment for taxation of capital stock of banking corporation reduced.*

*People ex rel. Nat. Park Bank of ·N. Y.* v. *Cantor,* 195 App. Div. 890, affirmed.

(Argued March 7, 1921; decided March 22, 1921.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 28, 1921, which affirmed an order of Special Term reducing a tax assessment on relator's capital stock. The question was presented whether the tax commissioners properly included in their assessment, for the purposes of taxation of the relator's capital stock, items aggregating $1,236,886.61, being discounts collected but not earned, and an item of $1,191,000 for federal income taxes, determined March 15, 1919, but payable in installments after May 1, 1919, the day as of which the condition of the relator was reported for this assessment.

*John P. O'Brien,* Corporation Counsel (*William H. King* and *Max Salomon* of counsel), for appellants.

*Louis F. Doyle* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.